UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIP SAROFIM | § | C.A. No. 4:17-cv-03627 |
| | § | |
| VS. | § | |
| | § | |
| IMAGE AUTO GROUP, LLC, ET AL | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff Phillip Sarofim, and makes this Certificate listing all persons, interested parties, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities, known to Plaintiff at this time, that are financially interested in the outcome of this litigation, as follows:

Plaintiff Phillip Sarofim
and his counsel listed below

Defendant Image Auto Group, L.L.C.
and its counsel
HEARD & MEDACK, P.C.
David W. Medack
9494 Southwest Freeway, Suite 700
Houston, Texas 77074

Defendants Maverick Motorsports, LLC d/b/a Dallas Motorsports Maverick Motorsports, LLC
and their counsel
VINCENT SERAFINO GEARY WADDELL JENEVEIN
Glenn J. Fahl
Esperson Building
815 Walker, Suite 350
Houston, Texas 77002

Defendants Carl Janin and Jonathan Peck.

>Respectfully submitted,
>
>*/s/ Eric J. Rhine*
>Marcus R. Spagnoletti
>SBN 24076708 / SDTX 1139660
>mspagnoletti@spaglaw.com
>Eric J. Rhine
>SBN 24060485 / SDTX 1786163
>erhine@spaglaw.com
>SPAGNOLETTI & CO.
>401 Louisiana Street, 8th Floor
>Houston, TX 77002
>Telephone:   713.653.5600
>Facsimile:   713.653.5656
>
>ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all counsel of record at the time of filing via CM/ECF in accordance with the Federal Rules of Civil Procedure, on this 15th day of December, 2017.

>*/s/ Eric J. Rhine*
>Eric J. Rhine