IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIP SAROFIM | § § | |
| V. | § § | Cause No. 4:17-cv-03627 |
| IMAGE AUTO GROUP, LLC, ET AL. | § § § | |

## DEFENDANT IMAGE AUTO GROUP, LLC'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant IMAGE AUTO GROUP, LLC, pursuant to this Court's Order for Conference and Disclosure of Interested Parties dated November 30, 2017 would respectfully show the Court the following:

The following listed persons, associations of persons, firms, partnerships, corporations affiliates, parent corporations or other entities have a financial interest in the outcome of this litigation:

1. Phillip Sarofim
   *Plaintiff*

2. SPAGNOLETTI & CO.
   Marcus R. Spgnoletti
   Eric J. Rhine
   *Counsel for Plaintiff*

3. Image Auto Group, LLC
   *Defendant*

4. HEARD & MEDACK, P.C.
   David W. Medack
   M. Brennen Boze
   *Counsel for Defendant Image Auto Group, LLC*

5. Maverick Motorsports, LLC d/b/a Dallas Motorsports
   *Defendant*

6. Carl Janin
   *Defendant*

7. Jonathan Peck
    *Defendant*

8. VINCENT SERAFINO GEARY WADDELL JEVENEIN
    Glenn J. Fahl
    *Counsel for Defendants Maverick Motorsports, LLC d/b/a Dallas Motorsports*

Respectfully submitted,

**HEARD & MEDACK, P.C.**

By: */s/ David W. Medack*
David W. Medack
Texas Bar No. 13892950
Federal Bar No. 15597
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
(713) 772-6400 - Telephone
(713) 772-6495 - Facsimile
Email: dmedack@heardmedackpc.com

ATTORNEYS FOR DEFENDANT
IMAGE AUTO GROUP, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon all known counsel of record, by facsimile, email, hand delivery, U.S. First Class Mail and/or certified mail, return receipt requested, on this the 15th day of December, 2017.

**VIA EMAIL: marcus@spaglaw.com**
**erhine@spaglaw.com**
Marcus R. Spagnoletti
Eric J. Rhine
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, Texas 77002
*Counsel for Plaintiff*

**VIA EMAIL: gfahl@vinlaw.com**
Glenn J. Fahl
Vincen Serafino Geary Waddell Jenevein
Esperson Building
815 Walker, Suite 350
Houston, Texas 77002
*Counsel for Maverick Motorsports, LLC d/b/a Dallas Motorsports*

/s/ *David W. Medack*
David W. Medack