IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIP SAROFIM | § | |
| | § | |
| V. | § | Cause NO. 4:17-cv-03627 |
| | § | |
| IMAGE AUTO GROUP, LLC, ET AL. | § | |

## DEFENDANT MAVERICK MOTORSPORTS, LLC D/B/A DALLAS MOTORSPORTS, L.P.'S CERTIFICATE OF INTERESTED PARTIES

Defendant, **MAVERICK MOTORSPORTS, LLC D/B/A DALLAS MOTORSPORTS, L.P.,** pursuant to this Court's Order for Conference and Disclosure of Interested Parties dated November 30, 2017, would respectfully show the Court the following:

The following interested persons, associations of persons, firms, partnerships, corporations affiliates, parent corporations or other entities, known to this Defendant at this time, that are financially interest in the outcome of this litigation, as follows:

1. Phillip Sarofim
   and his counsel
   Marcus R. Spagnoletti
   Eric J. Rhine
   Spagnoletti & Co.
   401 Louisiana Street, 8th Floor
   Houston, Texas 77002
   (713) 653-5600
   *Counsel for Plaintiff Phillip Sarofim*

2. Image Auto Group, LLC
   and its counsel
   David W. Medack
   M. Brennen Boze
   Heard & Medack, P.C.
   9494 Southwest Freeway, Suite 700
   Houston, Texas 77074
   (713) 772-6400
   *Counsel for Defendant Image Auto Group, LLC*

3. Maverick Motorsports, LLC d/b/a Dallas Motorsports
and its counsel
Glenn J. Fahl
Gary G. Green
Esperson Building
*815 Walker Street, Suite 350*
*Houston, Texas 77002*
*(713) 751-0800*
*Counsel for Defendant Maverick Motorsports, LLC d/b/a Dallas Motorsports*

4. Carl Janin
*Defendant*

8. Jonathan Peck
*Defendant*

       Respectfully submitted,

       **VINCENT SERAFINO GEARY WADDELL JENEVEIN, P.C.**

       */s/Gary G. Green*
       **GLENN J. FAHL**
       State Bar No.: 06773080
       Email: gfahl@vinlaw.com
       **GARY G. GREEN**
       State Bar No.: 08350993
       Email: ggreen@vinlaw.com
       Esperson Building
       815 Walker | Suite 350
       Houston, Texas | 77002
       Phone: 713-751-0800 | Fax: 713-751-0105

       **ATTORNEYS FOR DEFENDANT**
       **MAVERICK MOTORSPORTS, LLC D/B/A DALLAS**
       **MOTORSPORTS, L.P.**

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record herein by U.S. Certified Mail Return Receipt Requested, U.S. First Class Regular Mail, facsimile transmittal, e-filing service, email and/or hand delivery on December 26, 2017, as follows:

*Via email: marcus@spaglaw.com*
*erhine@spaglaw.com*
Marcus R. Spagnoletti
Eric J. Rhine
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, Texas 77002

*Via email: dmedack@heardmedackpc.com*
David W. Medack
M. Brennen Boze
Heard & Medack, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074

            */s/ Gary G. Green*
            **GARY G. GREEN**